**Order entered January 16, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01504-CR

**DAVID JUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-00872-M**

## ORDER

This appeal has been pending for more than one year and appellant's brief was originally due by June 6, 2013. On November 25, 2013, this Court ordered newly appointed counsel to file appellant's brief by January 3, 2014. To date, we have not received appellant's brief nor has counsel communicated with the Court regarding the status of the brief.

Accordingly, this Court **ORDERS** appellant to file his brief by **FEBRUARY 18, 2014**. If the brief is not filed by that date, the Court will again abate the appeal for findings regarding appellant's brief.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Deborah Farris and the Dallas County District Attorney's Office.

/s/     LANA MYERS
           JUSTICE